158 A.3d 19

IN THE MATTER OF ALEXANDER RALPH DE SEVO, AN
ATTORNEY AT LAW (ATTORNEY NO. 010231994)

April 5, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–041, concluding that **ALEXANDER RALPH DE SEVO** of **OAKHURST,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the attorney's honesty, trustworthiness, or fitness as a lawyer in other respects), and good cause appearing;

It is ORDERED that **ALEXANDER RALPH DE SEVO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.